# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

EVERY RICHARDSON
ADC #139311                                                         PLAINTIFF

v.                      No. 4:24-cv-30-DPM

LORENETTA SMITH, Lieutenant,
Varner/Varner Super Max; SEDRICK
FRANKLIN, Disciplinary Serving
Sergeant, Varner/Varner Super Max;
JANICE BLAKE, Disciplinary Hearing
Officer, Arkansas Department of
Corrections; and DEXTER PAYNE,
Director, Arkansas Department
of Corrections                                                      DEFENDANTS

## ORDER

Richardson filed his amended complaint the same day that the recommendation was filed. It's dated 21 February 2024, two days before his deadline to file it. *Doc. 4*. His amended complaint and the recommendation crossed in the mail. The Court therefore declines the Magistrate Judge's recommendation, *Doc. 5*, and returns the case for further proceedings.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 April 2024