# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

EVERY RICHARDSON
ADC #139311                                                                                    PLAINTIFF

v.                              No. 4:24-cv-30-DPM

LORENETTA SMITH, Lieutenant,
Varner/Varner Super Max; SEDRICK
FRANKLIN, Disciplinary Serving
Sergeant, Varner/Varner Super Max; and
JANICE BLAKE, Disciplinary Hearing
Officer, Arkansas Department of
Corrections                                                                                   DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 29.* Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Richardson had difficulty responding to the motion for summary judgment because he lacked access to the law library and his paperwork. *Doc. 30.* So the Court granted his request for more time to respond with objections. *Doc. 31.* He did not do so. The defendants' motion for summary judgment, *Doc. 25*, is granted. Richardson's claims are dismissed without prejudice for failure to exhaust his administrative remedies.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 November 2024