# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**EVERY RICHARDSON**
**ADC #139311**                                                         **PLAINTIFF**

v.                          No. 4:24-cv-30-DPM

**LORENETTA SMITH, Lieutenant,**
**Varner/Varner Super Max; SEDRICK**
**FRANKLIN, Disciplinary Serving**
**Sergeant, Varner/Varner Super Max;**
**JANICE BLAKE, Disciplinary Hearing**
**Officer, Arkansas Department of**
**Corrections; and DEXTER PAYNE,**
**Director, Arkansas Department of**
**Corrections**                                                         **DEFENDANTS**

## JUDGMENT

Richardson's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 November 2024